TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00394-CV

T. Robert Shugrue, Appellant

v.

The Honorable J. David Phillips; The Honorable Orlinda L. Naranjo; Jan Breland;

R. David Fritsche; Janice Hanigan; and C.W.S. Dessau-Associates, Appellees

FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY,

NO. 240,788, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING 

PER CURIAM

 Because T. Robert Shugrue has neither paid for nor made arrangements to pay for
the clerk's record, we will dismiss the appeal for want of prosecution. See Tex. R. App. P.
35.3(a)(2).

 The Clerk of this Court filed appellant's Notice of Appeal on July 23, 1998. By
letter dated February 2, 1999, the Clerk of this Court notified the county clerk's office of Travis
County that the clerk's record was overdue. On July 16, 1999, this Court ordered the county
clerk's office of Travis County to file the clerk's record no later than August 16, 1999. See id. 
35.3(a). Notice was received from the county clerk's office on July 21, 1999, that they were
unable to contact appellant at his last known mailing address, that all correspondence sent to him
had been returned as "undeliverable," and, consequently, that the clerk's record had not been paid
for, nor had arrangements for payment been made.

 By letter dated August 12, 1999, appellant was requested to submit a status report
regarding this matter by August 26, 1999. Again, by letter dated August 26, 1999, appellant was
requested to submit a status report regarding this matter by September 7, 1999. Thus far,
appellant has failed to respond to this request; however, on September 7, 1999, appellant did
submit a document that is best described as "unintelligible," and does not address any of the
issues or questions raised previously.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Justices Jones, Kidd and Patterson

Dismissed for Want of Prosecution

Filed: September 23, 1999

Do Not Publish